UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS ANTOON,

    Plaintiff.

v.

GAVIN NEWSOM, et al.,

    Defendants.

Case No. 20-cv-03141-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on August 7, 2020, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **September 18, 2020, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero by Zoom, Zoom Webinar ID: 161 926 0804 Password: 050855, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on August 7, 2020, for failure to serve the complaint, and for failure to comply with the Court's Order of May 8, 2020. A case management conference is also scheduled for **September 18, 2020**, **at 2:00 p.m.** A case management conference statement shall be filed on **September 11, 2020.**

IT IS SO ORDERED.

Dated: August 12, 2020

JOSEPH C. SPERO
United States Chief Magistrate Judge